AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| Eclipse Service Inc )<br>*Plaintiff* )<br>v. )<br>Robin L Lehner )<br>*Defendant* ) | Civil Action No.  2:22-cv-00757<br><br>2:23-ms-00070 |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*   08/08/2023   .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date:   09/20/2023

GINA M. COLLETTI
CLERK OF COURT

*Signature of Clerk or Deputy Clerk*



RECEIVED
SERVED ON
FILED / ENTERED   COUNSEL/PARTIES OF RECORD

OCT 17 2023

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____  DEPUTY