CLERK'S OFFICE
A TRUE COPY
SEP 2 0 2023
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

FILED _____ RECEIVED
_____ ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

OCT 1 7 2023

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ECLIPSE SERVICE INC., <br><br> Plaintiff, <br><br> v. <br><br> SOLARCODE, LLC, SOLARCODE HOLDINGS, LLC, ROGER M. LEHNER, and ROBIN L. LEHNER, <br><br> Defendants. | Case No. 22-CV-757-JPS <br><br> 2:23-ms-70 <br><br> **PARTIAL FINAL JUDGMENT** |

**Decision by Court.** This action came on for consideration before the Court and a decision has been rendered.

  **IT IS ORDERED AND ADJUDGED** that Defendants SolarCode, LLC, SolarCode Holdings, LLC, and Roger M. Lehner's motion for partial judgment on the pleadings, ECF No. 40, be and the same is hereby **DENIED** (ECF No. 49);

  **IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff Eclipse Service Inc.'s motion for summary judgment, ECF No. 32, be and the same is hereby **GRANTED in part and DENIED in part** (ECF No. 49);

  **IT IS FURTHER ORDERED AND ADJUDGED** that Defendants SolarCode, LLC, SolarCode Holdings, LLC, and Roger M. Lehner are liable, jointly and severally, to Plaintiff Eclipse Service Inc. in the amount of $3,915,000.00 (ECF No. 49);

  **IT IS FURTHER ORDERED AND ADJUDGED** that Count II of Plaintiff Eclipse Service Inc.'s complaint, ECF No. 1-2, titled "Order Directing Turnover of Membership Interest," be and the same is hereby

**DISMISSED with prejudice** as against Defendants SolarCode, LLC, SolarCode Holdings, LLC, and Roger M. Lehner (ECF No. 49);

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff Eclipse Service Inc.'s unopposed calculation of prejudgment interest and reasonable attorneys' fees and costs, ECF No. 50, be and the same is hereby **ADOPTED** (ECF No. 53);

**IT IS FURTHER ORDERED AND ADJUDGED** that Defendants SolarCode, LLC, SolarCode Holdings, LLC, and Roger M. Lehner, jointly and severally, shall pay to Plaintiff Eclipse Service Inc. prejudgment interest in the amount of $288,530.09 (ECF No. 53);

**IT IS FURTHER ORDERED AND ADJUDGED** that Defendants SolarCode, LLC, SolarCode Holdings, LLC, and Roger M. Lehner, jointly and severally, shall pay to Plaintiff Eclipse Service Inc. reasonable attorneys' fees and costs in the amount of $209,843.51 (ECF No. 53); and

**IT IS FURTHER ORDERED AND ADJUDGED** that this action be and the same is hereby **TERMINATED** as to Defendants SolarCode, LLC, SolarCode Holdings, LLC, and Roger M. Lehner (ECF No. 53).

APPROVED:

_____
J.P. Stadtmueller
U.S. District Judge

GINA M. COLLETTI
Clerk of Court

August 8, 2023
Date

s/ Jodi L. Malek
By: Deputy Clerk